# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| STEVEN JAY LYKE, | ) |
| Defendant. | ) |

### COURT MINUTES - CRIMINAL

| | |
|---|---|
| Case No: | 15cr78(4)(SRN/BRT) |
| Date: | May 3, 2017 |
| Court Reporter: | Heather Schuetz |
| Courthouse: | St. Paul |
| Courtroom: | 7B |
| Time Commenced: | 9:37 AM |
| Time Concluded: | 10:37 AM |
| Time in Court: | 1 Hour |

Before Hon. Susan Richard Nelson, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:
  For Plaintiff:   Surya Saxena, Assistant U.S. Attorney
  For Defendant:   Glenn P. Bruder,  ☐ FPD  ☒ CJA  ☐ Retained  ☐ Appointed

  Interpreter/Language: *None / English*
  ☒ **Sentencing.**

IT IS ORDERED:
Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 60 Months | | 3 years | | |
| 4 | X | | 60 Months | | 3 years | | |

Terms of Imprisonment are to run ☒ concurrently ☐ consecutively.
Terms of Supervised Release are to run ☒ concurrently ☐ consecutively.

  ☒ Special conditions of :          **See J&C for special conditions**
  ☒ Defendant sentenced to pay:
     ☐ Restitution in an amount.
     ☒ Special assessment in the amount of $200.00.
  ☒ Execution of sentence of imprisonment suspended until June 16, 2017
  ☒ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
  ☒ On Motion of the Gov't., the Count 3 of the Superseding Indictment is dismissed as to this defendant only.
  ☒ Docket nos.: 496 and 503 shall be unsealed at the time the judgment is filed.

s/SMD
Courtroom Deputy
